**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 23-CR-20339-BECERRA**

**UNITED STATES OF AMERICA**

v.

**KENNY JOSUE FIALLOS and**
**ANDRES JOSUE REYES ZELAYA,**

    **Defendants.**
_____/

**MOTION TO COMPEL FINGERPRINTS AND PALM PRINTS**

The United States respectfully requests that the Court issue an Order compelling Defendants Kenny Josue Fiallos ("Fiallos") and Andres Josue Reyes Zelaya ("Zelaya") (collectively, the "Defendants") to provide fingerprint and palm print standards to a fingerprint examiner at the calendar call scheduled for April 30, 2024, prior to the commencement of trial. The reasons for this motion are set forth below:

    1.    The Defendants are charged with conspiracy to commit Hobbs Act robbery, Hobbs Act robbery, and brandishing a firearm in two separate robberies in Miami, Florida.

    2.    To reduce the number of government witnesses at trial, the government seeks to have the Defendants' fingerprint standards collected before trial by the same witness who will compare those fingerprints to latent fingerprints recovered during the investigation.

    3.    To eliminate any challenges regarding the authenticity of the Defendants' prints at trial, the United States respectfully requests that this Court permit a fingerprint examiner to take the Defendants' fingerprints and palm prints prior to the commencement of trial, which will permit the fingerprint examiner to complete print analyses before testifying at trial. The process of

obtaining the Defendants' prints should take less than ten minutes.

4. This procedure is routinely used by fingerprint examiners. It will shorten the trial by eliminating unnecessary foundation witnesses and will allow for defense counsel to be present when the prints are rolled if defense counsel so desires.

5. On April 25 and 26, 2024, counsel for the United States contacted respective defense counsels via email and telephone to confer on the instant Motion. Defense counsel for Defendant Zelaya indicated *he does not oppose the instant Motion*. As of the filing of this motion, the government has been unable to confer with defense counsel for Defendant Fiallos.

WHEREFORE, the United States respectfully requests that this Court issue an Order permitting the fingerprint examiner to take the fingerprints and palm prints of Defendant Fiallos and Defendant Zelaya at the calendar call.

            Respectfully submitted,

            MARKENZY LAPOINTE
            UNITED STATES ATTORNEY

By:  */s/Katherine W. Guthrie*
    Katherine W. Guthrie
    Assistant United States Attorney
    Court ID No. A5502786
    99 NE 4th Street, 6th Floor
    Miami, Florida 33132
    Tel: (305) 961-9117
    Katherine.Guthrie@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court and delivered to counsel of record using CM/ECF this 26th day of April, 2024.

*/s/ Katherine W. Guthrie*
Katherine W. Guthrie
Assistant United States Attorney