UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cr-20339-JB

UNITED STATES OF AMERICA

v.

KENNY JOSUE FIALLOS and
ANDRES JOSUE REYES ZELAYA,

    Defendants.
_____/

## ORDER

This cause comes before the Court on the Government's Motion to Compel Fingerprints and Palm Prints of the Defendants [DE77]. The Court has considered the pertinent portions of the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Government's Motion to Compel Fingerprints and Palm Prints of the Defendants is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 4th day of June, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE